IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIREMAN'S FUND INSURANCE COMPANY
And ZURICH INSURANCE COMPANY, LTD
(as Subrogees to BOART LONGYEAR, Inc.)

                Plaintiffs,

v.                                                No. 10-CV-401 MV/LFG

THYSSEN MINING CONSTRUCTION OF
CANADA, LTD., MUDJATIK THYSSEN MINING
JOINT VENTURE, COMINICO ENGINEERING
SERVICES, LTD and DOES 1 – 10 INCLUSIVE,

                Defendants.

## ENTRY OF APPEARANCE

**COMES NOW**, Madison, Harbour & Mroz, P.A. (Jennifer L. Collins), and hereby enters her appearance on behalf of Defendants Thyssen Mining Construction of Canada Ltd. and Mudjatik Thyssen Mining Joint Venture in the above-entitled and numbered cause of action.

                                        MADISON, HARBOUR & MROZ, P.A.

                              By: /s/Jennifer L. Collins
                                 Ada B. Priest
                                 Jennifer L. Collins
                                 Post Office Box 25467
                                 Albuquerque, NM  87125-5467
                                 Phone: (505) 242-2177
                                 *Attorneys for Defendants Thyssen Mining*
                                 *Construction of Canada Ltd. and Mudjatik*
                                 *Thyssen Mining Joint Venture*

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on the 13th day of May, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the foregoing parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Harvey B. Fruman, Esq.
(Email address:   hfruman@cozen.com)

Thomas Dunford, Esq.
(Email address:  tdunford@cozen.com)

**AND I FURTHER CERTIFY** that on this 13th day of May, 2010, I served the foregoing via first class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Harvey B. Fruman | Thomas Dunford |
| Cozen O'Connor | Cozen O'Connor |
| 125 Lincoln Avenue Suite 400 | 707 17th Street, Suite 3100 |
| Santa Fe, NM 87501-2055 | Denver, CO 80202 |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

/s/Jennifer L. Collins
Jennifer L. Collins