IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIREMAN'S FUND INSURANCE COMPANY
and ZURICH INSURANCE COMPANY LTD
(as subrogees of Boart Longyear Inc),

    Plaintiffs,

v.               Case No. 10-CV-00401 MV/LFG

THYSSEN MINING CONSTRUCTION OF
CANADA LTD, MUDJATIK THYSSEN
MINING, COMINCO ENGINEERING
SERVICES LTD., and DOES 1-10, Inclusive,

    Defendants.

## ENTRY OF APPEARANCE

  Tim L. Fields of Modrall, Sperling, Roehl, Harris & Sisk, P.A. hereby enters his appearance for purposes of contesting personal jurisdiction on behalf of Defendant CESL, Limited ("CESL"), formerly known as Cominco Engineering Services, Ltd., in this matter.

        MODRALL, SPERLING, ROEHL, HARRIS
         & SISK, P.A.

        By: */s/ submitted electronically by Timothy L. Fields*
         Timothy L. Fields
         Susan Bisong
         Attorneys for CESL
         Post Office Box 2168
         Bank of America Centre
         500 Fourth Street NW, Suite 1000
         Albuquerque, New Mexico  87103-2168
         Telephone: 505.848.1800

WE HEREBY CERTIFY that on this 29th day of November 2010, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as per the Notice of Electronic Filing:

Harvey B. Fruman, Esq.
Cozen O'Connor
850 Old Santa Fe Trail
Santa Fe, NM 87505

Thomas Dunford, Esq.
Cozen O'Connor
707 17th Street, Suite 3100
Denver, CO  80202

Ada B. Priest, Esq.
Jennifer L. Collins, Esq.
Madison Harbour & Mroz PA
P.O. Box 25467
Albuquerque, NM 87125

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.


By:    */s/ submitted electronically by Tim L. Fields*
       Tim L. Fields

*K:\DOX\CLIENT\84257\0001\W1376544.DOCX*