IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIREMAN'S FUND INSURANCE COMPANY
and ZURICH INSURANCE COMPANY, LTD
(as Subrogees to BOART LONGYEAR, Inc.),

    Plaintiffs,

v.                                                                No. 10cv0401 MV/LFG

THYSSEN MINING CONSTRUCTION OF
CANADA, LTD., MUDJATIK THYSSEN MINING
JOINT VENTURE, COMINICO ENGINEERING
SERVICES, LTD and DOES 1- 10 INCLUSIVE,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Memorandum Opinion and Order entered on this date, this cause is dismissed without prejudice.

_____
**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**