IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FIREMAN'S FUND INSURANCE COMPANY, et al.**

      Plaintiffs,

      v.              No. CIV-10-0401 MV/LAM

**THYSSEN MINING CONSTRUCTION OF CANADA LTD, et al.,**

      Defendants.

## **ORDER FOR PARTIES TO FILE A STATUS REPORT**

      **THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the request of the presiding judge in this case.

      **IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before December 15, 2016,* advising of the status of the case.

      **IT IS SO ORDERED.**

                                      _____
                                      **LOURDES A. MARTÍNEZ**
                                      **UNITED STATES MAGISTRATE JUDGE**