IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIREMAN'S FUND INSURANCE COMPANY,
and ZURICH INSURANCE COMPANY, LTD,
as subrogees to Boart Longyear, Inc.,

    Plaintiffs,

v.  No. 6:10-cv-00401-MV-KRS

THYSSEN MINING CONSTRUCTION
COMPANY OF CANADA LTD; MUDJATIK
THYSSEN MINING; COMINCO
ENGINEERING SERVICES LTD; and
DOES 1-10, inclusive,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court sua sponte. After reviewing the record, the Court concludes the case is ready for a trial scheduling order and will hold a telephonic conference on **April 16, 2019 at 11:00 a.m**. to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call (888) 398-2342 and enter access code 8193818 to connect to the proceedings.

**IT IS SO ORDERED.**

                                        /s/ Kevin Sweazea
                                        KEVIN R. SWEAZEA
                                        UNITED STATES MAGISTRATE JUDGE