IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FIREMAN'S FUND INSURANCE COMPANY**
**and ZURICH INSURANCE COMPANY, LTD**
**(as subrogees to BOART LONGYEAR, Inc.,**

    Plaintiffs,

v.                       Case No. 6:10-CV-00401-KRS-JHR

**THYSSEN MINING CONSTRUCTION OF**
**CANADA, LTD., MUDJATIK THYSSEN MINING**
**JOINT VENTURE, COMINCO ENGINEERING**
**SERVICES, LTD and DOES 1-10 INCLUSIVE,**

    **Defendants**.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiffs' Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE